In the Matter of HASAUN GRIGGER, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents.

Submitted October 1, 2007; decided November 27, 2007

Reported below, 41 AD3d 1128, 2007 NY Slip Op 77193(U).

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, dismissed as untimely (see CPLR 5513 [b]; Eaton v State of New York, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

---

EDWARD KOEHL, Appellant, v S. MIRZA et al., Respondents.

Submitted September 4, 2007; decided November 27, 2007

Reported below, 39 AD3d 1092.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved (see Haywood v Drown, 9 NY3d 481 [2007]). Motion for poor person relief dismissed as academic.

---

In the Matter of LEO A. MARINO, Appellant, v NEW YORK CITY POLICE DEPARTMENT, RECORDS ACCESS OFFICER, Respondent.

Submitted October 15, 2007; decided November 27, 2007

Reported below, 2007 NY Slip Op 71358(U), 77412(U).

On the Court's own motion, appeal dismissed, without costs, upon the ground that it does not lie (see CPLR 5601). Motion for leave to appeal dismissed upon the ground that it does not lie (see CPLR 5602). Motion for poor person relief dismissed as academic.